John L. GIBSON, Appellant,

v.

Joan WALLNER and Callaway Publications, Inc., Respondent.

No. WD 52231.

Missouri Court of Appeals, Western District.

Aug. 20, 1996.

Rehearing Denied Oct. 1, 1996.

John L. Gibson, pro se.

Thomas Mitchell Dunlap, Fulton, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

John Gibson appeals the summary judgment granted against his petition for defamation. Judgment affirmed. Rule 84.16(b).